UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                  :       *EX PARTE* ORDER
                                        :
LETTER ROGATORY FOR                     :       M 93
INTERNATIONAL JUDICIAL                  :
ASSISTANCE FROM THE SEVENTH             :
CIVIL COURT OF FIRST INSTANCE           :
KÜÇÜKÇEKMECE, TÜRKIYE,                   :
IN THE MATTER OF MEHMET                 :
LEBCİ, ET AL. v. AHMET LEBCİ            :
-------------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams, United States

Attorney for the Southern District of New York, on behalf of Seventh Civil Court of First Instance,

Küçükçekmece, Türkiye, is seeking to obtain information from Society for Worldwide Interbank

Financial Telecommunication ("SWIFT"), in New York, New York, for use in connection with a

judicial proceeding pending in that court captioned "Mehmet Lebci, et al. v. Ahmet Lebci";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule

28(a) of the Federal Rules of Civil Procedure, that Dana Walsh Kumar, Assistant United States

Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take

such lawful steps as are necessary to obtain information from SWIFT and to submit said

information to the United States Attorney for the Southern District of New York for transmission

to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve SWIFT

with a copy of this Order and the accompanying documents.

Dated: New York, New York
       April 25 , 2023

_____
UNITED STATES DISTRICT JUDGE